# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00836-CV

### In re Michael Todd Wade

---

#### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).


_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   January 12, 2011